UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GRULKE,

    Plaintiff,

-vs.-                                         Case No. 15-cv-12463-TLL-PTM
                                            Hon. Thomas L. Ludington

CREDIT CONTROL, LLC,
A Missouri corporation,

    Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**
**<u>WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY</u>**

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                    Respectfully submitted

October 5, 2015                              /s/ Gary Nitzkin_____
                                                    GARY D. NITZKIN (P41155)
                                                    Attorney for Plaintiff
                                                    22142 West Nine Mile Road
                                                    Southfield, MI 48033
                                                    (248) 353-2882
                                                    GNitzkin@creditor-law.com